UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D. PETTY,                                    Case No.  06-03643 JCS

        Plaintiff(s),

        v.                                          **ORDER CLOSING CASE**

U.S. GOVERNMENT,

        Defendant(s).

_____/

    IT IS HEREBY ORDERED that this case shall be closed.  Plaintiff failed to amend his complaint within thirty (30) days pursuant to the Court's June 21, 2006 Order.  The clerk is directed to close this case.

    IT IS SO ORDERED.

Dated:  August 2, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California